STATE of Missouri, Respondent,

v.

Norman C. BALLARD, Appellant.

No. WD 37181.

Missouri Court of Appeals,
Western District.

April 22, 1986.

---

Kranitz & Kranitz, P.C., St. Joseph, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Michael R. Whitworth, Asst. Atty. Gen., for respondent.

Before DIXON, P.J., and MANFORD, and NUGENT, JJ.

## ORDER

PER CURIAM:

Direct appeal from a jury conviction for murder, first degree, in violation of § 565.-003, RSMo 1978[1]

Judgment affirmed. Rule 30.25(b).